FILED
GREAT FALLS D.
2011 MAY 3 AM 8 08
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTINE A. COBELL,<br><br>                  Plaintiff,<br><br>vs.<br><br>KATHLEEN SEBELIUS, in Her Official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                  Defendant. | No. CV-10-55-GF-SEH<br><br>**MEMORANDUM AND ORDER** |

## INTRODUCTION

Plaintiff, Christine A. Cobell, brought this action against Defendant, Kathleen Sebelius, Secretary of the United States Department of Health and Human Services, for damages under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621 *et seq.* Answer was filed on December 20, 2010. On April 8, 2011, Plaintiff filed a Motion for a Jury Trial under Fed. R. Civ. P. 39(b). The motion is opposed.

## DISCUSSION

No right to a jury trial exists for the ADEA claim. Lehman v. Nakshian, 453 U.S. 156, 162-69 (1981). The jury demand for the Title VII claim is not timely[1] and the Court many not appropriately exercise its discretion to extend the time period for making the demand. Craig v. Atlantic Richfield Company, 19 F.3d 472, 477 (9th Cir. 1994); Russ v. Standard Insurance Company, 120 F.3d 988, 989 (9th Cir. 1997); Bell v. Cameron Meadows Land Company, 669 F.2d 1278, 1285 (9th Cir. 1982).

## ORDER

Plaintiff's Rule 39(b) Motion for a Jury Trial[2] is DENIED.

DATED this 2nd day of May, 2011.

_____
SAM E. HADDON
United States District Judge

---

[1] Fed. R. Civ. P. 38(b) provides, in pertinent part, that "[o]n any issue triable of right by a jury, a party may demand a jury trial by: (1) serving the other parties with a written demand – which may be included in a pleading – no later than 14 days after the last pleading directed to the issue is served . . ." Rule 38(d) provides, in pertinent part, that "[a] party waives a jury trial unless its demand is properly served and filed."

[2] Document No. 18